[No. 57742-5-I. Division One. March 12, 2007.]

*In the Matter of the Petition of* THE SEATTLE POPULAR MONORAIL AUTHORITY.

JREA REAL ESTATE, LLC, ET AL., *Appellants*, v. THE SEATTLE POPULAR MONORAIL AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-04594-9, Julie Spector, J., entered February 9, 2006. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 57760-3-I. Division One. March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DIRK NORMAN DERAAD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01844-8, Steven J. Mura, J., entered February 2, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57903-7-I. Division One. March 12, 2007.]

PAMELA THOMPSON, *as Guardian, Respondent*, v. L'ARCHE NOAH SEALTH OF SEATTLE, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 04-2-21766-1, Richard A. Jones, J., entered February 3 and 21, 2006. *Reversed* and *remanded* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Coleman, J.

[Nos. 58146-5-I; 58147-3-I. Division One. March 12, 2007.]

*In the Matter of the Interest of* B.O. ET AL.

Appeals from a judgment of the Superior Court for King County, No. 06-7-01202-8, James A. Doerty, J., entered April 4, 2006. *Affirmed* by unpublished per curiam opinion.